Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

George Edward Scott, Jr.
1727 South Indiana Ave., #225
Chicago, IL 60616
SSN: xxx−xx−3168  EIN: N.A.

Case No. :  06−12596
Chapter :  7
Judge :     Jacqueline P. Cox

---

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

FOR THE COURT

Dated: June 7, 2007

Kenneth S. Gardner, Clerk
United States Bankruptcy Court